```
ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250



Advance Communications In
10 Melrose Dr.
Farmington, CT 06032



American Leak
P.O. Box 1145
Brentwood, TN 37024-1145



Apartment Guide
1410 Donelson Pike A13
Nashville, TN 37217



Apt Selector
409 Harding Industrial Dr
Nasvhille, TN 37211



Apt. Finder of Nashville
992 Davidson Drive, Suite
Nashville, TN 37205



AT&T
P.O. Box 105262
Atlanta, GA 30348



Belle Meade Exterminating
P.O. Box 40267
Nashville, TN 37204



Brookmeade Hardware
P.O. Box 50700
Nashville, TN 37205
```

Creekside Glass
2605 A Fesey PK Rd
Nashville, TN 37204


Criterion Property Resour
5556 Franklin Rd.
Suite 100
Nashville, TN 37220


Cumberland Electric
P.O. Box 2252
Birmingham, AL 35246


Draper Lawn Service
4925 Hwy 31W
Cottontown, TN 37048


Fed. Nat'l Mortg. Associa
c/o Frost Brown Todd, LLC
424 Church St.
Suite 1600
Nashville, TN 37219-2308


Greater Nashville Apt.
2 International Plaza Dr.
Suite 201
Nashville, TN 37217


HD Supply
P.O. Box 509058
San Diego, CA 92150


Hendersonville Utility Di
P.O. Box 180
Hendersonville, TN 37077


Kevco
3250 Central Pike
Suite 104
Hermitage, TN 37076

KKAS
93B Deming Rd.
Berlin, CT 06067


My New Place
343 Sansome St.
Suite 700
San Francisco, CA 94104


Precision Plumbing Co.
7101 Old Hickory Blvd.
Whites Creek, TN 37189


RealPage-OneSite
P.O. Box 671777
Dallas, TX 75267


Rent.com
2425 Olympic Blvd.
Suite 400E
Santa Monica, CA 97404


Riterug
8492 Global Way
West Chester, OH 45069


TNT Appliance
500 East Trinity Ln.
Nashville, TN 37207


Waste Industries
P.O. Box 580495
Charlotte, NC 28258


WB Mason
59 Centre St.
Brockton, MA 02301

WILMAR
P.O. Box 404284
Atlanta, GA 30384


Yes We Can Mgmt., LLC
96 Ledgecrest Ave.
New Britain, CT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

—————————————————x

**In Re:**

**TN Metro Holdings XII, LLC**

**Case No.**

**Chapter**     **11**

**Debtor(s)**

—————————————————x


## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS


       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.


Dated:   **3/9/2011**


**s/ Selim Zherka** _____

**Selim Zherka**
Debtor


**s/ David Carlebach, Esq.** _____

**David Carlebach**
Attorney for Debtor

| **United States Bankruptcy Court**<br>**Eastern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TN Metro Holdings XII, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**14-1992164** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**251 North Avenue**<br>**2nd Floor**<br>**New Rochelle, NY**<br>ZIP CODE **10801** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**231 New Shackle Island Road, Hendersonville, TN** | ZIP CODE **37075** |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TN Metro Holdings XII, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X  **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TN Metro Holdings XII, LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

**Signature of Attorney**

X **s/ David Carlebach, Esq.**
Signature of Attorney for Debtor(s)

**David Carlebach  Bar No.  DC-7350**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of David Carlebach**
Firm Name

**40 Exchange Place New York, NY 10005**
Address

**(212) 785 - 3041**          **(212) 785 - 3618**
Telephone Number

**3/9/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Selim Zherka**
Signature of Authorized Individual

**Selim Zherka**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**3/9/2011**
Date

# United States Bankruptcy Court

## Eastern District of New York

In re:

    **TN Metro Holdings XII, LLC**

Case No. _____

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Selim Zherka**, declare under penalty of perjury that I am the **Managing Member** of **TN Metro Holdings XII, LLC,** a  **Tennessee** Corporation and that on **03/08/2011** the following resolution was duly adopted by the **Selim Zherka** of this Corporation:

    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Selim Zherka**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

    Be It Further Resolved, that **Selim Zherka**, **Managing Member** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

    Be It Further Resolved, that **Selim Zherka**, **Managing Member** of this Corporation, is authorized and directed to employ **David Carlebach**, attorney and the law firm of **Law Offices of David Carlebach** to represent the Corporation in such bankruptcy case."

Executed on:   **3/9/2011** _____

Signed:     **s/ Selim Zherka**_____

                      **Selim Zherka**

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**

**Eastern District of New York**

In re  **TN Metro Holdings XII, LLC**
_____ ,  Case No. _____
                                    Debtor
                                              Chapter    11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, gov-ernment contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Yes We Can Mgmt., LLC**<br>**96 Ledgecrest Ave.**<br>**New Britain, CT** | | | | **$155,949.71** |
| **KKAS**<br>**93B Deming Rd.**<br>**Berlin, CT 06067** | | | **CONTINGENT**<br>**UNLIQUIDATED**<br>**DISPUTED** | **$3,500,000.00** |
| **Criterion Property Resour**<br>**5556 Franklin Rd.**<br>**Suite 100**<br>**Nashville, TN 37220** | | | | **$8,121.62** |
| **Hendersonville Utility Di**<br>**P.O. Box 180**<br>**Hendersonville, TN 37077** | | | | **$6,600.12** |
| **Precision Plumbing Co.**<br>**7101 Old Hickory Blvd.**<br>**Whites Creek, TN 37189** | | | | **$5,878.75** |

In re __TN Metro Holdings XII, LLC_____,   Case No. _____

Debtor                                    Chapter __11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Cumberland Electric**<br>P.O. Box 2252<br>Birmingham, AL 35246 | | | | **$5,352.18** |
| **Riterug**<br>8492 Global Way<br>West Chester, OH 45069 | | | | **$4.625.07** |
| **Kevco**<br>3250 Central Pike<br>Suite 104<br>Hermitage, TN 37076 | | | | **$3,920.37** |
| **Apartment Guide**<br>1410 Donelson Pike A13<br>Nashville, TN 37217 | | | | **$2,790.00** |
| **Brookmeade Hardware**<br>P.O. Box 50700<br>Nashville, TN 37205 | | | | **$2,539.36** |
| **HD Supply**<br>P.O. Box 509058<br>San Diego, CA 92150 | | | | **$1,848.51** |

In re  **TN Metro Holdings XII, LLC** _____ ,  Case No. _____

                              Debtor                    Chapter  __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **My New Place**<br>**343 Sansome St.**<br>**Suite 700**<br>**San Francisco, CA 94104** | | | | **$1,792.20** |
| **WB Mason**<br>**59 Centre St.**<br>**Brockton, MA 02301** | | | | **$1,737.42** |
| **RealPage-OneSite**<br>**P.O. Box 671777**<br>**Dallas, TX 75267** | | | | **$1,721.85** |
| **WILMAR**<br>**P.O. Box 404284**<br>**Atlanta, GA 30384** | | | | **$1,617.53** |
| **Waste Industries**<br>**P.O. Box 580495**<br>**Charlotte, NC 28258** | | | | **$1,188.68** |
| **Draper Lawn Service**<br>**4925 Hwy 31W**<br>**Cottontown, TN 37048** | | | | **$900.00** |

In re **TN Metro Holdings XII, LLC** , Case No. _____

Debtor                                          Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Apt. Finder of Nashville**<br>**992 Davidson Drive, Suite**<br>**Nashville, TN 37205** | | | | **$855.00** |
| **American Leak**<br>**P.O. Box 1145**<br>**Brentwood, TN 37024-1145** | | | | **$810.00** |
| **TNT Appliance**<br>**500 East Trinity Ln.**<br>**Nashville, TN 37207** | | | | **$808.45** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Selim Zherka, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **3/9/2011** _____          Signature: **s/ Selim Zherka** _____

**Selim Zherka ,Managing Member** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re:  **TN Metro Holdings XII, LLC**                                  Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Selim Zherka**<br>**4 Hagman Court**<br>**Katonah, New York 10536** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Selim Zherka**, **Managing Member** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: <u>3/9/2011</u>                      s/ Selim Zherka
                                          **Selim Zherka, Managing Member, TN Metro Holdings**
                                          **XII, LLC**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In Re                                                    BANKRUPTCY NO.

**TN Metro Holdings XII, LLC**

Debtor.

# DECLARATION RE: ELECTRONIC FILING OF
# PETITION, SCHEDULES & STATEMENTS

## PART I - DECLARATION OF PETITIONER

I **Selim Zherka** _____ ,

the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information I have given my attorney and the information
provided in the electronically filed petition, statements, schedules is true and correct. I consent to my attorney sending my petition,
this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE:
ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days
following the date the petition was electronically filed.  I understand that failure to file the signed original of this DECLARATION will cause
my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐       [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am
aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter,
and choose to proceed under Chapter 7. I request relief in accordance with the chapter specified in this petition.

☑       [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this
petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in
accordance with the chapter specified in this petition.

Dated:  **3/9/2011**

Signed:  **s/ Selim Zherka** _____
**Selim Zherka**
(Applicant)

## PART II - DECLARATION OF ATTORNEY

I ***declare under penalty of perjury*** that I have reviewed the above debtor's petition and that the information is complete and
correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I
will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and have followed all other
requirements in the most recent attachment to G.O. #162. I further declare that I have examined the above debtor's petition, schedules, and
statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I further declare that I have
informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the
relief available under each such chapter. This declaration is based on all information of which I have knowledge.

Dated:  **3/9/2011**

**s/ David Carlebach, Esq.** _____
**David Carlebach**
Attorney for Debtor(s)

# United States Bankruptcy Court
## Eastern District of New York

In re    **TN Metro Holdings XII, LLC**        Case No.

     Debtor.                        Chapter    **11**

# STATEMENT OF CORPORATE OWNERSHIP

Comes now **TN Metro Holdings XII, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                           **% of Shares Owned**

**None**

OR,

**X**    There are no entities to report.

By  /s/ David Carlebach, Esq.
           **David Carlebach**
           Signature of Attorney
           Counsel for     **TN Metro Holdings XII, LLC**
           Bar no.:       **DC-7350**
           Address.:     **Law Offices of David Carlebach**
                         **40 Exchange Place**
                         **New York, NY 10005**
           Telephone No.:   **(212) 785 - 3041**
           Fax No.:       **(212) 785 - 3618**
           E-mail address: **david@carlebachlaw.com**

# RESOLUTION

Whereas, it is in the best interest of TN Metro Holdings XII, LLC the ("LLC") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States code;

Be It Therefore Resolved, that Selim Zherka, Managing Member of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that Selim Zherka, Managing Member of this LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case; and

Be It Further Resolved, that Selim Zherka, Managing Member of this LLC, is authorized and directed to employ David Carlebach, attorney, and the Law Offices of David Carlebach to represent the LLC in such bankruptcy case.


Date: March 8, 2011                           By: s/ Selim Zherka
                                                  Selim Zherka, Managing Member

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:                                                         **Chapter 11**

      **TN Metro Holdings XII, LLC**              **Case No. _____**

                  **Debtor.**
-------------------------------------------------------x


## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2


        TN Metro Holdings XII, LLC (the "Debtor") by and through its Managing Member, Selim

Zherka, hereby declares under penalty of perjury, pursuant to Local Rule 1007-2, as follows:

1.      On March 9, 2011 (the "Petition Date"), the Debtor, filed with this Court a voluntary petition

      for relief under Chapter 11 of the United States Bankruptcy Code.

2.      The Debtor is primarily in the business of ownership and operation of single asset real estate

      as that term is defined under 11 U.S.C. § 101(51B) of the Bankruptcy Code and has continued

      to own its property and business since the filing of the petition, as debtor-in-possession pursuant

      to §§ 1107 and 1108 of the Bankruptcy Code.

3.      The Debtor maintains its principal place of business at 251 North Avenue, 2nd Floor, New

      Rochelle, New York 10801 (the "Debtor's Premises") and its primary asset is located at 231

      New Shackle Island Road, Hendersonville, Tennessee (the "TN Metro Property").

4.      The TN Metro Property is real estate with 22 buildings on it.  These 22 buildings together

      contain 168 residential units as well as certain living amenities.

5.      The TN Metro Property is subject to a foreclosure action that was commenced on March 2,

      2011 by Federal National Mortgage Association, *Federal National Mortgage Association v. TN*

      *Metro Holdings XII LLC*, Case No. 2011C-47 in the Chancery Court for Sumner County,

Tennessee. A receiver, Charlie Biter of Continental Property Management, 40 Burton Hills Blvd., Suite 420, Nashville, TN, was appointed over the property on March 8, 2011.

6.     No committee of creditors was previously appointed.

7.     The list of twenty (20) largest unsecured creditors is filed with the Schedules. The List of 20 Largest Unsecured Creditors, with addresses and amounts due is attached to this Affidavit as Exhibit A. No creditor listed in Exhibit A is an insider creditor except for the debt labeled "Management Fee." None of the debts listed in Exhibit A are contingent, unliquidated, disputed or partially secured. There is one additional general unsecured creditor, KKAS, 93B Deming Rd., Berlin, CT 06067, owed approximately $3,500,000.00. The debt of KKAS is contingent, unliquidated and disputed.

8.     The Debtor has only 1 secured creditor: Federal National Mortgage Association ("Fannie Mae"), c/o John F. Teitenberg, Esq., Frost Brown Todd LLC, 424 Church St., Suite 1600, Nashville, TN 37219-2308. The amount owed to Fannie Mae is $8,616,000.00, which is fully secured by a mortgage on the TN Metro Property. The TN Metro Property has a value of $9,000,000.00.

9.     A review of the Debtor's books and records shows assets in the amount of $9,000,000.00, secured debt in the amount of $8,616,000.00 and general unsecured debt in the amount of $3,713,207.52. There is no unsecured priority debt.

10.    There are no publicly held stocks, debentures or other securities.

11.    There is no property owned, leased, or held under any other arrangement from which the Debtor operates its business.

12.    The Debtor's significant assets and books and records are located on the Debtor's Premises. The Debtor holds no assets outside the territorial limits of the United States.

13.     Other than the Foreclosure action mentioned in paragraph 5 above, there is believed to be only one action pending against the Debtor for a money judgment only by creditor KKAS.

14.     The Debtor's senior management consists solely of Selim Zherka ("Zherka"), the Managing Member of the LLC.  Zherka has maintained this role since the  Debtor's corporate existence commenced in 2007.

15.     The Debtor intends to continue the operation of its business, and for the 30 days following the Petition Date, the Debtor states as follows:

   a.     The Debtor has 2 employees ( a property manager and a leasing agent).  The expected payroll will be $2,500.00 per week;

   b.     No amount will be paid for services rendered by the Managing Member; and

   c.     An Application to employ Ira Spiegel of EisnerAmper LLP as accountants for the Debtor will be filed by the Debtor;

16.     The Debtor's expected receipts through the end of March period are expected to be approximately $21,000.00.  The Debtor's expected disbursements during that period total $40,248.00.  The Debtor does not expect to assume any obligations which will remain unpaid during the next thirty (30) day period.

Dated:          New York, New York             **TN Metro Holdings XII, LLC**
                March 9, 2011

                                                s/Selim Zherka
                                                Selim Szherka, Managing Member

| Vendor ID | Vendor Name | Bill | Bill Date | 0-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|---|
| **177TN** | **American Leak Detection** | | | | | | | |
| | P.O. Box 1145 | 30324 | 8/9/2010 | 0 | 0 | 0 | 810 | **810** |
| | Brentwood TN 37024-1145 | | **Total for 177TN** | **0** | **0** | **0** | **810** | **810** |
| | PH: 615-242-6144 | | | | | | | |
| | | | | | | | | |
| **62** | **Apartment Finder of Nashville** | | | | | | | |
| | 992 Davidson Drive Suite E | 291.2172 | 3/15/2008 | 0 | 0 | 0 | 171 | **171** |
| | Nashville TN 37205 | 291.3172 | 4/15/2008 | 0 | 0 | 0 | 171 | **171** |
| | PH:615-353-7224 | 292.1172 | 5/15/2008 | 0 | 0 | 0 | 171 | **171** |
| | | 292.2177 | 6/15/2008 | 0 | 0 | 0 | 171 | **171** |
| | | 292.3182 | 7/15/2008 | 0 | 0 | 0 | 171 | **171** |
| | | | **Total for 62** | **0** | **0** | **0** | **855** | **855** |
| **ADT** | **ADT SECURITY SERVICES,INC** | | | | | | | |
| | P.O. Box 371967 | 95843481 | 6/24/2009 | 0 | 0 | 0 | 586 | **586** |
| | Pittsburgh PA 15250 | | **Total for ADT** | **0** | **0** | **0** | **586** | **586** |
| | PH:877-238-2455 | | | | | | | |
| | | | | | | | | |
| **APT SEL** | **Apt Selector** | | | | | | | |
| | 409 Harding Industrial Dr | 431282-A | 12/27/2007 | 0 | 0 | 0 | 294.5 | **294.5** |
| | Nashville TN 37211 | 467981-A | 3/31/2008 | 0 | 0 | 0 | 287 | **287** |
| | PH:615-831-9600 | | **Total for APT SEL** | **0** | **0** | **0** | **581.5** | **581.5** |
| **AT T** | **AT & T** | | | | | | | |
| | P.O. Box 105262 | 341 0474-2/14/11 | 2/14/2011 | 293.8 | 0 | 0 | 0 | **293.8** |
| | Atlanta GA 30348 | | **Total for AT T** | **293.8** | **0** | **0** | **0** | **293.8** |
| | PH:866-620-6000 | | | | | | | |
| | | | | | | | | |
| **Advance** | **Advance Communications Inc.** | | | | | | | |
| | 10 Melrose Drive | C300-11/24/10 | 11/24/2010 | 0 | 0 | 0 | 242.42 | **242.42** |
| | Farmington CT 06032 | C300-12/22/10 | 12/22/2010 | 0 | 0 | 245.04 | 0 | **245.04** |
| | PH:866-677-0091 | | **Total for Advance** | **0** | **0** | **245.04** | **242.42** | **487.46** |
| | | | | | | | | |
| **BELLE MEADE** | **Belle Meade Exterminating** | | | | | | | |
| | P.O. Box 40267 | 3011443 | 6/9/2010 | 0 | 0 | 0 | 300 | **300** |
| | Nashville TN 37204 | | **Total for BELLE MEADE** | **0** | **0** | **0** | **300** | **300** |
| | PH:615-298-5555 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **BMH** | **Brookmeade Hardware** | | | | | | | |
| | P.O. BOX 50700 | 351604 | 10/3/2007 | 0 | 0 | 0 | 173.38 | **173.38** |
| | Nashville TN 37205 | 351991 | 10/9/2007 | 0 | 0 | 0 | 124.26 | **124.26** |
| | PH:615-662-0755 | 351911 | 10/16/2007 | 0 | 0 | 0 | 400.72 | **400.72** |
| | | 354508 | 10/24/2007 | 0 | 0 | 0 | 347.61 | **347.61** |
| | | 353001 | 11/9/2007 | 0 | 0 | 0 | 95.3 | **95.3** |
| | | 354508-1 | 11/30/2007 | 0 | 0 | 0 | 2.01 | **2.01** |
| | | 352255 | 11/30/2007 | 0 | 0 | 0 | 76.04 | **76.04** |
| | | 359108 | 12/19/2007 | 0 | 0 | 0 | 877.46 | **877.46** |
| | | 356526 | 12/27/2007 | 0 | 0 | 0 | 116.94 | **116.94** |
| | | 349550 | 4/15/2008 | 0 | 0 | 0 | 18.3 | **18.3** |
| | | 366971 | 5/6/2008 | 0 | 0 | 0 | 307.34 | **307.34** |
| | | | **Total for BMH** | **0** | **0** | **0** | **2,539.36** | **2,539.36** |
| | | | | | | | | |
| **CRITE** | **Criterion Property Resources, Inc** | | | | | | | |
| | 5556 Franklin RD Suite 100 | 20100126 | 8/17/2010 | 0 | 0 | 0 | 8,121.62 | **8,121.62** |
| | Nashville TN 37220 | | **Total for CRITE** | **0** | **0** | **0** | **8,121.62** | **8,121.62** |
| | PH:615-370-1212 | | | | | | | |
| | | | | | | | | |
| **Creek** | **Creekside Glass** | | | | | | | |
| | 2605 A Fesey PK Rd | 1441 | 11/9/2010 | 0 | 0 | 0 | 717.77 | **717.77** |
| | Nashville TN 37204 | | **Total for Creek** | **0** | **0** | **0** | **717.77** | **717.77** |
| | PH:615-463-2525 | | | | | | | |
| | | | | | | | | |
| **Cumberland** | **Cumberland Electric (CEMC)** | | | | | | | |
| | P.O. BOX 2252 | 71207 | 7/12/2007 | 0 | 0 | 0 | 45.68 | **45.68** |
| | Birmingham, AL 35246 | | | 0 | 0 | 0 | -45.68 | **-45.68** |
| | PH:615-452-3703 | | | 0 | 0 | 0 | 0.00 | **0.00** |
| | | 1012011 | 1/1/2011 | 0 | 0 | 5,352.18 | 0 | **5,352.18** |
| | | | **Total for Cumberland** | **0** | **0** | **5,352.18** | **0.00** | **5,352.18** |
| **Draper** | **Draper Lawn Service** | | | | | | | |
| | 4925 Hwy 31W | 30712 | 8/7/2009 | 0 | 0 | 0 | 300 | **300** |
| | Cottontown TN 37048 | 31401 | 3/29/2010 | 0 | 0 | 0 | 300 | **300** |
| | PH:615-476-1419 | 31433 | 4/16/2010 | 0 | 0 | 0 | 300 | **300** |
| | | | **Total for Draper** | **0** | **0** | **0** | **900** | **900** |
| | | | | | | | | |
| **GNAA** | **GREATER NASHVILLE APARTMENT** | | | | | | | |
| | 2 International Plaza Drive Sutie 201 | 61949 | 9/17/2008 | 0 | 0 | 0 | 420 | **420** |
| | Nashville TN 37217 | | **Total for GNAA** | **0** | **0** | **0** | **420** | **420** |
| | PH: 615-365-3047 | | | | | | | |

**HD Supply**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P.O. BOX 509058 | 9105980461 | 12/1/2010 | 0 | 0 | 0 | 1,848.51 | **1,848.51** |
| San Diego CA 92150 | | **Total for HDS** | **0** | **0** | **0** | **1,848.51** | **1,848.51** |
| PH:800-798-8888 | | | | | | | |

**Hendersonville Utility District**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P.O. Box 180 | 2324816 | 2/24/2011 | 6,600.12 | 0 | 0 | 0 | **6,600.12** |
| Hendersonville TN 37077 | | **Total for Hender** | **6,600.12** | **0** | **0** | **0** | **6,600.12** |
| PH:615-824-3717 | | | | | | | |

**Kevco**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3520 Central Pike Suite 104 | 1-48861 | 2/24/2009 | 0 | 0 | 0 | 861.37 | **861.37** |
| Hermitage TN 37076 | 1-49063 | 3/3/2009 | 0 | 0 | 0 | 861.37 | **861.37** |
| PH:615-871-0001 | 1-49045 | 3/6/2009 | 0 | 0 | 0 | 861.37 | **861.37** |
| | 1-49287 | 3/10/2009 | 0 | 0 | 0 | 668.13 | **668.13** |
| | 1-49143 | 3/12/2009 | 0 | 0 | 0 | 668.13 | **668.13** |
| | | **Total for Kevco** | **0** | **0** | **0** | **3,920.37** | **3,920.37** |

**My New Place**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 343 Sansome St. Suite 700 | 48104 | 11/20/2008 | 0 | 0 | 0 | 179.1 | **179.1** |
| San Francisco CA 94104 | 53677 | 12/23/2008 | 0 | 0 | 0 | 179.1 | **179.1** |
| PH:800-597-6510 | 64902 | 2/16/2009 | 0 | 0 | 0 | 239 | **239** |
| | 77676 | 4/14/2009 | 0 | 0 | 0 | 239 | **239** |
| | 85422 | 5/14/2009 | 0 | 0 | 0 | 239 | **239** |
| | 87296 | 6/22/2009 | 0 | 0 | 0 | 239 | **239** |
| | 92525 | 6/30/2009 | 0 | 0 | 0 | 239 | **239** |
| | 143610 | 2/28/2010 | 0 | 0 | 0 | 239 | **239** |
| | | **Total for My** | **0** | **0** | **0** | **1,792.20** | **1,792.20** |

**Apartment Guide**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1410 Donelson Pike A13 | 077755-1030 | 3/11/2010 | 0 | 0 | 0 | 465 | **465** |
| Nashville TN 37217 | 078376-1030 | 4/12/2010 | 0 | 0 | 0 | 465 | **465** |
| PH:615-360-0073 | 079026-1030 | 5/11/2010 | 0 | 0 | 0 | 465 | **465** |
| | 079342-1030 | 6/11/2010 | 0 | 0 | 0 | 465 | **465** |
| | 079659-1030 | 7/14/2010 | 0 | 0 | 0 | 465 | **465** |
| | 079979-1030 | 8/13/2010 | 0 | 0 | 0 | 465 | **465** |
| | | **Total for Nash Apt Guide** | **0** | **0** | **0** | **2,790.00** | **2,790.00** |

**Precision Plumbing Co INC**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7101 Old Hickory BLVD | 69819 | 9/23/2010 | 0 | 0 | 0 | 1,145.00 | **1,145.00** |
| Whites Creek TN 37189 | 70056 | 10/29/2010 | 0 | 0 | 0 | 348.75 | **348.75** |
| PH:615-876-8603 | 70283 | 12/9/2010 | 0 | 0 | 685 | 0 | **685** |
| | 70469 | 1/24/2011 | 0 | 225 | 0 | 0 | **225** |
| | 70546 | 2/14/2011 | 3,475.00 | 0 | 0 | 0 | **3,475.00** |
| | | **Total for Precision** | **3,475.00** | **225** | **685** | **1,493.75** | **5,878.75** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RENT** | **Rent.Com** | | | | | | | |
| | 2425 Olympic BLVD Suit 400E | 1705387 | 10/31/2007 | 0 | 0 | 0 | 375 | **375** |
| | Santa Monica CA 97404 | 90929003 | 5/26/2009 | 0 | 0 | 0 | 389 | **389** |
| | PH:866-441-7368 | | **Total for RENT** | **0** | **0** | **0** | **764** | **764** |
| | | | | | | | | |
| **RealPage** | **RealPage-OneSite** | | | | | | | |
| | P.O. Box 671777 | I1005010192 | 5/20/2010 | 0 | 0 | 0 | 487.2 | **487.2** |
| | Dallas TX 75267 | I1012008527 | 12/17/2010 | 0 | 0 | 243.15 | 0 | **243.15** |
| | PH:972-820-3000 | I1101023511 | 1/19/2011 | 0 | 487.2 | 0 | 0 | **487.2** |
| | | i1102024697 | 2/13/2011 | 504.3 | 0 | 0 | 0 | **504.3** |
| | | | **Total for RealPage** | **504.3** | **487.2** | **243.15** | **487.2** | **1,721.85** |
| **Riterug** | **Riterug** | | | | | | | |
| | 8942 Global Way | 3/28/2011 | 11/1/2010 | 0 | 0 | 0 | 1,541.69 | **1,541.69** |
| | West Chester OH 45069 | 4/28/2011 | 11/1/2010 | 0 | 0 | 0 | 1,541.69 | **1,541.69** |
| | PH:513-942-0010 | 5/28/2011 | 11/1/2010 | 0 | 0 | 0 | 1,541.69 | **1,541.69** |
| | *Signed Payment Arrangement* | | | | | | | |
| | *Due 28th of each month* | | **Total for Riterug** | **0** | **0** | **0** | **4,625.07** | **4,625.07** |
| | | | | | | | | |
| **TNT** | **TNT Appliance** | | | | | | | |
| | 500 East Trinity LN | 52209PR | 5/22/2009 | 0 | 0 | 0 | 808.45 | **808.45** |
| | Nashville TN 37207 | | **Total for TNT** | **0** | **0** | **0** | **808.45** | **808.45** |
| | PH:615-262-3462 | | | | | | | |
| **WB** | **WB Mason** | | | | | | | |
| | 59 Centre St. | 755162 | 5/11/2009 | 0 | 0 | 0 | 87.78 | **87.78** |
| | Brockton MA 02301 | 774883 | 5/13/2009 | 0 | 0 | 0 | 205.65 | **205.65** |
| | PH:800-242-5992 | 910072 | 6/5/2009 | 0 | 0 | 0 | 43.89 | **43.89** |
| | | | 7/8/2009 | 0 | 0 | 0 | 61.44 | **61.44** |
| | | 152536 | 7/16/2009 | 0 | 0 | 0 | 118.51 | **118.51** |
| | | 152536-000 | 7/16/2009 | 0 | 0 | 0 | 118.51 | **118.51** |
| | | 214743 | 7/27/2009 | 0 | 0 | 0 | 66.93 | **66.93** |
| | | 491523 | 9/9/2009 | 0 | 0 | 0 | 296.56 | **296.56** |
| | | SKK938-000 | 11/24/2009 | 0 | 0 | 0 | 66.93 | **66.93** |
| | | SKY785-000 | 11/25/2009 | 0 | 0 | 0 | 34 | **34** |
| | | 900551-000 | 3/25/2010 | 0 | 0 | 0 | 264.16 | **264.16** |
| | | | 4/12/2010 | 0 | 0 | 0 | 178.86 | **178.86** |
| | | | 5/7/2010 | 0 | 0 | 0 | 194.2 | **194.2** |
| | | | **Total for WB** | **0** | **0** | **0** | **1,737.42** | **1,737.42** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **WILM** | **WILMAR** | | | | | | | |
| | P.O. BOX 404284 | 238870596 | 2/2/2011 | 0 | 519.19 | 0 | 0 | **519.19** |
| | Atlanta GA 30384 | 238870588 | 2/2/2011 | 0 | 15.3 | 0 | 0 | **15.3** |
| | PH:800-345-3000 | | 2/23/2011 | -109.35 | 0 | 0 | 0 | **-109.35** |
| | | 240092353 | 2/23/2011 | 27.79 | 0 | 0 | 0 | **27.79** |
| | | 240176370 | 2/24/2011 | 1,164.60 | 0 | 0 | 0 | **1,164.60** |
| | | | **Total for WILM** | **1,083.04** | **534.49** | **0** | **0** | **1,617.53** |
| **Waste** | **Waste Industries** | | | | | | | |
| | P.O. Box 580495 | 13967360 | 1/31/2011 | 0 | 1,188.68 | 0 | 0 | **1,188.68** |
| | Charlotte NC 28258 | | **Total for Waste** | **0** | **1,188.68** | **0** | **0** | **1,188.68** |
| | PH:866-312-7709 | | | | | | | |
| **mngt** | **Management Fee** | 5/2007-12/2010 | 5/1/2007 | | | | | **155949.71** |
| | 96 Ledgecrest Ave | | **Total for management** | | | | | **155949.71** |
| | New Britain CT 06051 | | | | | | | |
| | PH: 860-612-0573 | | | | | | | |
| | | | **Grand Totals** | **11,900.68** | **2,435.37** | **6,525.37** | **191,990.35** | **212,851.77** |